**United States Bankruptcy Court**
**Southern District of Ohio**

In re   **Krista L Broceus**

Case No.   **2:15-bk-53781**

Debtor(s)

Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:   xxx-xx-8585

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   **Krista L Broceus**

Street:  **134 Pickerington Ridge Road**

City, State and Zip:   **Pickerington, OH 43147**

Telephone #:   **740-644-2325**

**Please be advised that effective April 29, 2016,
my (our) new mailing address and telephone number is:**

Name:   **Krista L Broceus**

Street:   **848 Forest Hills Rd., Apt B**

City, State and Zip:   **Heath, OH 43056**

Telephone #:   **740-644-2325**

/s/ *Krista L Broceus*
**Krista L Broceus**
Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016 in the year of Our Lord, a copy of the foregoing Change of Address was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation
Asst US Trustee (Col)
Mitchell Marczewski on behalf of Debtor Krista L. Broceus
Frank M Pees, Chapter 13 Trustee

And on the following by ordinary U.S. Mail addressed to:
Krista L. Broceus, 848 Forest Hills Rd., Apt B, Heath OH 43056
Five Star Store It, PO Box 2028, Heath, OH 43056

/s/ *Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**