**United States Bankruptcy Court**
**Southern District of Ohio**

| | | |
|---|---|---|
| In re  **Krista L Broceus** | Case No. | **2:15-bk-53781** |
| Debtor(s) | Chapter | **13** |

**Notice of Change of Address**

Debtor's Social Security Number:  **xxx-xx-8585**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Krista L Broceus**

Street:  **848 Forest Hills Rd., Apt B**

City, State and Zip:  **Heath, OH 43056**

Telephone #:  **740-644-2325**

**Please be advised that effective November 14, 2017,**
**my (our) new mailing address and telephone number is:**

Name:  **Krista L Broceus**

Street:  **100 Liberty Woods Ct.**

City, State and Zip:  **Johnstown, OH 43031**

Telephone #:  **740-644-2325**

_/s/ Krista L Broceus_
**Krista L Broceus**
Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2016 in the year of Our Lord, a copy of the foregoing Change of Address was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation
Asst US Trustee (Col)
Mitchell Marczewski on behalf of Debtor Krista L. Broceus
Frank M Pees, Chapter 13 Trustee

And on the following by ordinary U.S. Mail addressed to:
Krista L. Broceus, 848 Forest Hills Rd., Apt B, Heath OH 43056
Five Star Store It, PO Box 2028, Heath, OH 43056

_/s/ Mitchell C. Marczewski_
**MITCHELL C. MARCZEWSKI (0073258)**

11/14/17  2:00PM

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy